IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALEX PERRY NEAL, #195743 | § |
| | §   CIVIL ACTION NOS. 4:22cv846, 4:22cv851, |
| VS. | §   and 4:22cv852 |
| | § |
| DIRECTOR, TDCJ-CID | § |

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petitions for writ of habeas corpus should be dismissed without prejudice for failure to exhaust state habeas corpus remedies. No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petitions for a writ of habeas corpus are **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 2nd day of November, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE